UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EVELINE RACIMOR,

            Plaintiff,    24-cv-8256 (JGK)

    - against -    ORDER

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

            Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The time for the defendant to answer or otherwise respond to the complaint is **February 7, 2025**. If the defendant moves to dismiss the complaint, the time for the plaintiff to respond is **February 28, 2025**. The defendant may reply by **March 14, 2025**.

SO ORDERED.

Dated:    New York, New York
           January 16, 2025

                                            John G. Koeltl
                                  United States District Judge