UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EVELINE RACIMOR,
                            Plaintiff(s)

              24 civ 8256 (JGK)

    -against-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,
                          Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, February 25, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 19, 2025