```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

| | |
|---|---|
| EVELINE RACIMOR, | 24-cv-8256 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, | |
| Defendant, | |
| - against - | |
| CBRE GOVERNMENT SERVICES, LLC, ET AL., | |
| Third-Party Defendants | |

------------------------------------------------------

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the third-party defendant, Collins Building Services ("Collins"), to answer the third-party complaint, ECF No. 29, was October 14, 2025. To date, Collins has failed to answer.

The time for Collins to answer or respond to the third-party complaint is extended to **November 25, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against Collins.

The third-party plaintiff should serve a copy of this Order on Collins and file proof of service on the docket by **November 17, 2025.**

**SO ORDERED.**

Dated:   New York, New York
         November 11, 2025

                                    _____
                                    John G. Koeltl
                                    United States District Judge