UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELINE RACIMOR,

                Plaintiff,          24-cv-8256 (JGK)

      - against -            ORDER

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide an update on the status of this case by **May 1, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 21, 2026

                              John G. Koeltl
                   United States District Judge