UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELINE RACIMOR,

              Plaintiff,

    - against -

THE PORT AUTHORITY OF NEW
YORK AND NEW JERSEY,

             Defendant.

---

24-cv-8256 (JGK)

<u>Order</u>

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **June 23, 2026**.

**SO ORDERED.**

Dated:    New York, New York
         June 8, 2026

                            John G. Koeltl
                   United States District Judge